JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN SAAVEDRA VILLASENOR,<br><br>              Petitioner,<br><br>    v.<br><br>UNITED STATES COURT FOR THE<br>DISTRICT OF NEW MEXICO, et al.,<br><br>              Respondents. | No. CV 10-01487-RGK (VBK)<br><br>ORDER FOR SUMMARY DISMISSAL |

    On March 1, 2010, Martin Saavadra Villasenor (hereinafter "Petitioner") initiated this action, pro se, by filing a "Petition for Writ of Habeas Corpus by a Person in Federal Custody," pursuant to 28 U.S.C. §2241.

    On April 16, 2010, Respondent filed a document entitled "Government's Motion to Dismiss Petition for Habeas Corpus Pursuant to 18 U.S.C. §2241, Declaration of Jennifer L. Williams; Exhibits."

    On May 14, 2010, Petitioner filed a document with the Court wherein Petitioner notified this Court that he wished to have the petition voluntarily dismissed.

//

//

1   Pursuant to Fed.R.Civ.P. 41(a)(2), Petitioner's habeas petition
2  is hereby dismissed without prejudice.
3       **IT IS THEREFORE ORDERED** that this Petition is hereby dismissed
4  without prejudice.

6  DATED: May 24, 2010

   _____
   HONORABLE R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE

9  Presented this _20th_ day of
   May, 2010 by:

   _____/s/_____
12 VICTOR B. KENTON
   UNITED STATES MAGISTRATE JUDGE